KM

WO

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Michael Juvon Mallory,

Plaintiff,

v.

Unknown Touchet, et al.,

Defendants.

No. CV-25-03039-PHX-JAT (ASB)

**ORDER**

Self-represented Plaintiff Michael Juvon Mallory, who is confined in the Red Rock Correctional Center and proceeding in forma pauperis, filed a civil rights Complaint pursuant to 42 U.S.C. § 1983. The Court dismissed the Complaint with leave to amend. Plaintiff subsequently filed an Amended Complaint. In an April 14, 2026 Order, the Court dismissed the Amended Complaint and this action (Doc. 13). Judgment was entered on the same day (Doc. 14).

Pending before the Court are Plaintiff's April 27, 2026 Second Amended Complaint (Doc. 15) and Application to Proceed In Forma Pauperis (Doc. 16), and September 14, 2026 "Motion to Receive Copy of Case" (Doc. 18).

The Court dismissed the First Amended Complaint without leave to amend and therefore Plaintiff's Second Amended Complaint is not properly before the Court.[1] Accordingly, the Court will take no action on Plaintiff's Second Amended Complaint.

---

[1] Even if Plaintiff filed a motion to reopen this case, his Second Amended Complaint fails to state a claim and would be dismissed.

Because the Court has already granted Plaintiff in forma pauperis status and because this case is closed, the Court will deny as moot the Application to Proceed In Forma Pauperis.

In his Motion for Copy of Case, Plaintiff states he "would like a copy of why this case was closed and [would] like all cop[ies] of this case." The Court sent Plaintiff an electronic copy of the April 14, 2026 Order of dismissal and Judgment through the Red Rock Correctional Center librarian. While there is no indication the Order and Judgment were undeliverable, the Court will direct the Clerk of Court to re-send a copy of the Order and Judgment to Plaintiff.

The Court will deny Plaintiff's request for copies of the remaining documents filed in this case. The Clerk of Court charges 50 cents per page for reproducing any record or paper. *See* Judicial Conference Schedule of Fees ¶ 4, foll. 28 U.S.C. § 1914. An inmate has no right to free copies of pleadings. *See In Re Richard*, 914 F.2d 1526, 127 (6th Cir. 1990) (*per curiam*) (28 U.S.C. § 1915 "does not give a litigant a right to have documents copied and returned to him at government expense").

**IT IS ORDERED:**

(1) Plaintiff's April 27, 2026 Application to Proceed In Forma Pauperis (Doc. 16) is **denied** as moot.

(2) Plaintiff's Motion to Receive Copy of Case (Doc. 18) is **granted in part**; the Clerk of Court must re-send Plaintiff a copy of the April 14, 2026 Order (Doc. 13) and Judgment (Doc. 14). The Motion is **denied** with respect to all other relief requested.

(3) This matter must remain closed.

Dated this 30th day of October, 2026.

James A. Teilborg
Senior United States District Judge